UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| EMMANUEL BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS LLC<br>f/k/a GENERAL MOTORS CO.,<br><br>    Defendant. | Case No. 4:20-cv-00087-TWP-DML |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Under Federal Rule of Civil Procedure 56 and S.D. Ind. L.R. 56-1, Defendant, General Motors LLC ("Defendant" or "GM"), by counsel, moves for summary judgment on Plaintiff's Second Amended Complaint and states as follows:

1. Plaintiff Emmanuel Barnes ("Barnes" or "Plaintiff") alleges his former employer GM discriminated and retaliated against him in violation of the Americans with Disabilities Act ("ADA"), as amended, 29 U.S.C., § 12101 et. seq., and the Age Discrimination in Employment Act of 1967 ("ADEA"), as amended, 29 U.S.C. § 621 et. seq.  Each of these claims fail.

2. For the reasons set forth in GM's Brief in Support of its Motion for Summary Judgment and accompanying Designation of Evidence, the undisputed material facts mandate summary judgment in its favor on all claims.

WHEREFORE, GM respectfully requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiff's Second Amended Complaint, with prejudice, with costs and all proper relief to Defendant.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Christina M. Kamelhair*
    Bonnie L. Martin (#20248-18)
    Christina M. Kamelhair (#32457-49)
    111 Monument Circle, Suite 4600
    Indianapolis, IN 46204
    Telephone: (317) 916-1300
    Facsimile: (317) 916-9076
    Email: *bonnie.martin@ogletreedeakins.com*
          *christina.kamelhair@ogletreedeakins.com*

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been served upon the following electronically via the Court's ECF system to the following counsel on this 17th day of September, 2021.

Jeffrey A. Macey, Esq.
Barry A. Macey, Esq.
MACEY SWANSON LLP
445 North Pennsylvania Street, Suite 401
Indianapolis, IN  46204
*jmacey@maceylaw.com*
*bmacey@maceylaw.com*

              __*s/ Christina M. Kamelhair*_____

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  (317)916-1300
Facsimile:  (317)916-9076

48595272.1