UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| EMMANUEL BARNES,<br><br>       Plaintiff,<br><br>       v.<br><br>GENERAL MOTORS LLC<br>f/k/a GENERAL MOTORS CO.,<br><br>       Defendant. | Case No. 4:20-cv-00087-TWP-DML |

## DEFENDANT'S MOTION TO CONTINUE TRIAL, FINAL PRETRIAL CONFERENCE AND ASSOCIATED PRETRIAL DEADLINES

Defendant General Motors LLC ("Defendant" or "GM"), by counsel, moves the Court to continue the trial, final pretrial conference and associated pretrial deadlines, because Defendant's motion for summary judgment remains pending. If such motion for summary judgment is granted in full or in part, further action may be moot or, at least, the nature and content of the pretrial filings will change significantly enough that continuing the pretrial deadlines will be prudent. In support of this motion, Defendant states as follows:

1.   On September 17, 2021, Defendant filed its motion for summary judgment. (Doc. 41). Such motion was fully briefed as of November 5, 2021, and remains pending.

2.   Trial is currently scheduled to commence on April 11, 2022. The final pretrial conference is currently scheduled for March 16, 2022 at 3:00 p.m., with related deadlines for pretrial filings on March 2, 9, and 11, 2022. (Doc. 31).

3.   Under Section 2(a)(3) of the United States District Court for the Southern District of Indiana's Civil Justice Expense and Delay Reduction Plan, if a summary judgment motion has not been resolved in a case scheduled for trial within 30 days – i.e., by March 11, 2022 – the "trial

should be rescheduled." *See also* 28 U.S.C. § 471 et seq. It appears likely that rule would be triggered in this case, because April 11, 2022 is approximately two months away. The Civil Justice Expense and Delay Reduction Plan has been sunsetted, but the logic holds: the Court's resources are better allocated when summary judgment decisions are made prior to trial deadlines.

4. If the Court grants Defendant's motion for summary judgment in full or in part, the pretrial conference and pretrial filings will be moot or, at least, could be substantially different.

5. It would prejudice Defendant to have to complete trial preparation before the Court rules upon the motion for summary judgment, given the time and expense involved in preparing pretrial submissions and responding to opposing submissions.

6. For these reasons, Defendant respectfully moves to continue the trial, and to continue the final pretrial conference and other associated pretrial deadlines as well.

7. Counsel for Defendant has consulted with Defendant in accordance with Local Rule 16-3(b) prior to making this request.

8. Counsel for Defendant also consulted with counsel for Plaintiff prior to filing this Motion. Counsel for Plaintiff advised he cannot agree to move the trial date. Defendant believes a trial continuance remains prudent and necessary for the reasons set forth above.

WHEREFORE, Defendant, by counsel, respectfully requests that the Court continue the April 11, 2022 trial, and continue the final pretrial conference, as well as all related pretrial deadlines, to a corresponding date.

Date:  February 9, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: ___/s/ Christina M. Kamelhair_____
    Bonnie L. Martin (#20248-18)
    Christina M. Kamelhair (#32457-49)
    111 Monument Circle, Suite 4600
    Indianapolis, IN  46204
    Telephone:  (317) 916-1300
    Facsimile:   (317) 916-9076
    Email:  *bonnie.martin@ogletreedeakins.com*
        *christina.kamelhair@ogletreedeakins.com*

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the following electronically via the Court's ECF system to the following counsel on this 9th day of February, 2022.

Jeffrey A. Macey, Esq.
Barry A. Macey, Esq.
MACEY SWANSON LLP
445 North Pennsylvania Street
Suite 401
Indianapolis, IN  46204
*jmacey@maceylaw.com*
*bmacey@maceylaw.com*

    __s/ Christina M. Kamelhair_____

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  (317)916-1300
Facsimile:  (317)916-9076