UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| EMMANUEL BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS LLC<br>f/k/a GENERAL MOTORS CO.,<br><br>    Defendant. | Case No. 4:20-cv-00087-TWP-DML |

## NOTICE OF CHANGE OF ADDRESS

Please be advised of the following address change for counsel for Defendant, General Motors LLC f/k/a General Motors Co., effective upon filing with the Clerk:

**Former Address:**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
111 Monument Circle, Suite 4600
Indianapolis, N 46204

**Current Address:**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Information including email, telephone and fax numbers remain the same.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Bonnie L. Martin*
Bonnie L. Martin, IN #20248-18
Christina M. Kamelhair, IN# 32457-49
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*bonnie.martin@ogletree.com*
*christina.kamelhair@ogletree.com*

Attorneys for General Motors LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on July 27, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Macey, Esq.
Barry A. Macey, Esq.
MACEY SWANSON LLP
445 North Pennsylvania Street
Suite 401
Indianapolis, IN  46204
*jmacey@maceylaw.com*
*bmacey@maceylaw.com*

                                                *s/ Bonnie L. Martin*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*bonnie.martin@ogletree.com*