# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: ALL PARTIES

Pending Case No(s).[1] ) 3:21-cv-66-RLY-MPB; 3:20-cv-00278-RLY-MPB;
) 4:20-cv-87-TWP-DML; 3:19-cv-00258-RLY-MPB;
) 1:21-cv-01767-SEB-DML; 1:20-cv-2978-RLY-TAB;
) 1:22-cv-01106-JMS-DLP.
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Jeffrey Macey | Jeffrey Macey |
| **Law Firm, Company, and/or Agency:** | Macey Swanson LLP | Macey Swanson LLP |
| **Address:** | 445 N. Pennsylvania Street, Suite 401 Indianapolis, IN 46204 | 429 N. Pennsylvania Street, Suite 204 Indianapolis, IN 46204 |
| **Primary E-mail:** | jmacey@maceylaw.com | jmacey@maceylaw.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 317-637-2345 | 317-637-2345 |
| **Facsimile:** | 317-637-2369 | 317-637-2369 |

Date: August 17, 2022          s/ Jeffrey A. Macey

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.