UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| EMMANUEL BARNES,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC<br>f/k/a GENERAL MOTORS CO.,<br><br>Defendant. | Case No. 4:20-cv-00087-TWP-KMB |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the parties' Stipulation of Dismissal with Prejudice, and being duly advised in the premises hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff Emmanuel Barnes against Defendant General Motors LLC f/k/a General Motors Co. in the above-captioned case is hereby dismissed with prejudice with each party to bear his or its own fees and costs.

SO ORDERED

Date: 7/6/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel
of record via e-mail generated
by the Court's ECF system.

57147113.v1-OGLETREE